**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Israel Ramos-Serna, (57185-177), Petitioner, | ) | |
| v. | ) | Case No. 26 C 50502 |
| | ) | Hon. Iain D. Johnston |
| Warden Brenton Bragan, FCI Thomson, and, United States of America, Respondents. | ) | |

**ORDER**

Petitioner is given until December 14, 2026, to either pay the $5 filing fee or file a petition for leave to file *in forma pauperis*. Petitioner is warned that the Court may dismiss this case if he fails to comply with this order. The Clerk shall: (1) terminate Respondent United States of America, and (2) send Petitioner a blank *in forma pauperis* application form with instructions.

**STATEMENT**

Petitioner Israel Ramos-Serna, an inmate at FCI Thomson, brings a *pro se* habeas corpus petition pursuant to 28 U.S.C. § 2241 alleging wrongful denial of sentencing credit he should otherwise be awarded under the First Step Act of 2018.

Although the Clerk has accepted this *pro se* petition for a writ of habeas corpus for docketing pursuant to Rule 5(d)(4) of the Federal Rules of Civil Procedure, Petitioner has neither paid the $5 filing fee nor filed a petition for leave to file *in forma pauperis*. If Petitioner wishes to proceed with this action, he must either pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application. The Clerk is directed to send Petitioner an *in forma pauperis* application form. Petitioner is warned that the Court may dismiss this action if he fails to comply with this order.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Any paper that is sent directly to the Judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to the Petitioner.

Date: November 17, 2026 By: ______________________________

Iain D. Johnston
United States District Judge